# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNG DUONG,<br><br>        Plaintiff,<br><br>    v.<br><br>ITT EDUCATIONAL SERVICES, INC., and others,<br><br>        Defendants. | Case No. 14-cv-02653 NC<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 1 |

Defendants removed this employment discrimination case to federal court on June 9, 2014. Defendants' stated basis for removal is diversity jurisdiction. Although defendants have sufficiently pointed to allegations in the complaint showing that the amount in controversy exceeds $75,000, the Court requires additional briefing to determine whether diversity jurisdiction exists, given that both plaintiff and two of the named defendants are citizens of California. Therefore, defendants must show cause within fourteen days of this order, in a brief not to exceed ten pages, why this action should not be remanded to state court for lack of federal subject matter jurisdiction. Plaintiff must respond or state its nonopposition, in a brief not to exceed ten pages, within seven days of defendants' submission.

1  IT IS SO ORDERED.

2  Date:  June 16, 2014

3  _____
   Nathanael M. Cousins
4  United States Magistrate Judge

Case No. 14-02653 NC
ORDER TO SHOW CAUSE RE:            2
SUBJECT MATTER JURISDICTION