UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNG DUONG,

       Plaintiff,

    v.

ITT EDUCATIONAL SERVICES, INC., et al.,

       Defendants.
_____/

No. C 14-2653 PJH

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On June 16, 2014, Magistrate Judge Nathanael Cousins, to whom the above-entitled action was then assigned, issued an order to show cause ("OSC") to defendants, directing them to show cause why the case should not be remanded to the Alameda County Superior Court for lack of subject matter jurisdiction.

The case was reassigned to the undersigned district judge on June 27, 2014. Defendants did not respond to the OSC by the June 30, 2014 deadline set by Magistrate Judge Cousins. Nevertheless, as the issue of subject matter jurisdiction has been raised in plaintiff's motion to remand, filed herein on July 3, 2014, the court finds that the OSC should be discharged.

**IT IS SO ORDERED.**

Dated: July 7, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge